**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-7415**

---

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

WILLIAM SYKES, a/k/a Black,

               Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:13-cr-00350-LMB-3)

---

Submitted: November 17, 2015      Decided: November 20, 2015

---

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Sykes, Appellant Pro Se. Dennis Michael Fitzpatrick, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Sykes appeals the district court's order denying his motion for postjudgment discovery. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Sykes' informal brief does not challenge the basis for the district court's disposition, Sykes has forfeited appellate review of the court's order. Accordingly, we deny Sykes' motion for appointment of counsel, deny Sykes' motion for an evidentiary hearing, and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>